# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ALTANTA DIVISION

| | |
|---|---|
| VALSHERRI WALKER, | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO.: |
| v. | : 1:12-CV-1457-JCF |
| TAJ ATLANTA, LLC, et al., | : |
| Defendants. | : |

## ORDER ADMINISTRATIVELY CLOSING CASE

Counsel for the parties in the referenced action have notified the Court that the parties have reached an agreement to settle this case. Accordingly, this action is hereby **DISMISSED without prejudice** subject to the right of any party to reopen the case within 60 days from the date of entry of this Order if the settlement is not consummated.

**SO ORDERED** this 28th day of August, 2013.

/s/ *J. CLAY FULLER*
J. CLAY FULLER
United States Magistrate Judge